962

No. 439, Misc. GEMMEL *v.* BUCHKOE, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Curtis G. Beck,* Assistant Attorney General, for respondent.

No. 488, Misc. PUTT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 497, Misc. SPRENZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 526, Misc. TAYLOR *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 539, Misc. ZUNIGA *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 540, Misc. WILSON *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. Petitioner *pro se. Raymond R. Trombadore,* Deputy Attorney General of New Jersey, for respondent.

No. 612, Misc. GREGORY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.